**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-02304-REB-MJW

KALI JEMMA BAKER,

    Plaintiff,

v.

RYAN O'HAYRE, in his individual and official capcity,,

    Defendant.

**ORDER**

**Blackburn, J.**

    The matter before me is the **Stipulated Motion To Voluntarily Dismiss the City of Lakewood and Amend The Case Caption** [#15][1] filed October 26, 2012.  After reviewing the motion and the record, I conclude that the motion should be granted and that plaintiff's claims defendant Ryan O'Hayre, in his official capacity, should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulated Motion To Voluntarily Dismiss the City of Lakewood and Amend The Case Caption** [#15] filed October 26, 2012, is **GRANTED**;

    2.  That plaintiff's claims against defendant Ryan O'Hayre, in his official capacity, are **DISMISSED WITHOUT PREJUDICE**;

---

[1] "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

    3.  That the caption is **AMENDED** to name the defendant as "Ryan O'Hayre, in his individual capacity;" and

    4.  That **Defendant Ryan O'Hayre's Partial Motion To Dismiss Plaintiff's Complaint (ECF No. 1) Pursuant to FED. R. CIV. P. 12(b)(6)** [#13] filed October 9, 2012, is **DENIED** as moot.

    Dated October 29, 2012, at Denver, Colorado.

                                      **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge