IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02304-REB-MJW

KALI JEMMA BAKER,

Plaintiff(s),

v.

RYAN O'HAYRE, in his individual capacity,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Stipulated Motion for Protective Order (docket no. 22) is GRANTED finding good cause shown.  The written Protective Order (docket no. 22-1) is APPROVED as amended in paragraphs 11, 12, and 13 and made an Order of Court.

Date: November 8, 2012