**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 12-cv-02304-REB-MJW

KALI JEMMA BAKER,

    Plaintiff,

v.

RYAN O'HAYRE, in his individual capacity,

    Defendant.

**ORDER DENYING MOTION**
**FOR EARLY NEUTRAL EVALUATION**

**Blackburn, J.**

    The matter is before me on the **Stipulated Motion For Order To Participate in Early Neutral Evaluation With Magistrate Judge Hegarty** [#26][1] filed March 22, 2013. After reviewing the motion, the record, and D.C.COLO.LCivR 16.6, I conclude that the motion should be denied.

    This case is assigned to me and the Honorable Michael J. Watanabe, United States Magistrate Judge for the District of Colorado. There is no showing that Magistrate Judge Watanabe is unwilling or unable to conduct an early neutral evaluation. Thus, the motion should be denied.

    **THEREFORE, IT IS ORDERED** that the **Stipulated Motion For Order To Participate in Early Neutral Evaluation With Magistrate Judge Hegarty** [#26] filed March 22, 2013, is **DENIED**

    Dated March 25, 2013, at Denver, Colorado.

                                  **BY THE COURT:**

                                  */s/ Robert E. Blackburn*
                                  Robert E. Blackburn
                                  United States District Judge

---

[1] "[#26]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.