**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02304-REB-MJW

KALI JEMMA BAKER,

    Plaintiff,

v.

RYAN O'HAYRE, in his individual capacity,

    Defendant.

**ORDER GRANTING MOTION
FOR EARLY NEUTRAL EVALUATION**

**Blackburn, J.**

    The matter is before me on the **Stipulated Motion For Order To Participate in Early Neutral Evaluation With Magistrate Judge Watanabe** [#28][1] filed March 26, 2013. After reviewing the motion, the record, and D.C.COLO.LCivR 16.6, I conclude that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion For Order To Participate in Early Neutral Evaluation With Magistrate Judge Watanabe** [#28] filed March 26, 2013, is **GRANTED**;

    2. That this matter is **REFERRED** to the Honorable Michael J. Watanabe, United States Magistrate Judge for the District of Colorado, who is authorized to convene and conduct an early neutral evaluation in this matter; and

---

[1] "[#28]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2

3. That unless otherwise ordered, the parties shall contact the chambers of Judge Watanabe at (303) 844-2403 to schedule the early neutral evaluation.

Dated March 27, 2013, at Denver, Colorado.

**BY THE COURT:**

_Bob Blackburn_
Robert E. Blackburn
United States District Judge