**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 12-cv-02304-REB-MJW

KALI JEMMA BAKER,

    Plaintiff,

v.

RYAN O'HAYRE, in his individual capacity,

    Defendant.

## ORDER

**Blackburn, J.**

    The matter is before me on the **Joint Stipulated Motion To Add The City of Lakewood, Colorado as a Defendant** [#31][1] filed April 12, 2013. After reviewing the motion and the record I conclude that the motion should be granted and that the City of Lakewood, Colorado should be added as a defendant in this case.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Stipulated Motion To Add The City of Lakewood, Colorado as a Defendant** [#31] filed April 12, 2013, is **GRANTED**; and

    2. That the City of Lakewood, Colorado, is added as a defendant in this action, and the case caption is amended accordingly.

    Dated April 12, 2013, at Denver, Colorado.

                                      **BY THE COURT:**

                                      Robert E. Blackburn
                                      United States District Judge

---

[1] "[#31]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.