**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02304-REB-MJW

KALI JEMMA BAKER,

    Plaintiff,

v.

RYAN O'HAYRE, in his individual capacity, and
THE CITY OF LAKEWOOD, COLORADO,

    Defendants.

## ORDER DISMISSING DEFENDANT RYAN O'HAYRE, ONLY

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss Defendant Ryan O'Hayre** [#34][1] filed April 24, 2013. After reviewing the motion and the record I conclude that the motion should be granted, and plaintiff's claims against defendant Ryan O'Hayre should be dismissed with prejudice with each affected party to pay its own attorney fees and cost.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss Defendant Ryan O'Hayre** [#34] filed April 24, 2013, is **GRANTED**;

2. That plaintiff's claims against defendant Ryan O'Hayre are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs; and

---

[1] "[#34]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That defendant Ryan O'Hayre is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated April 24, 2013, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge